FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2005 JUN -2 PM 4:39

AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No.  05 - 354

# ACKNOWLEDGMENT
# OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A*
## *UNITED STATES MAGISTRATE JUDGE*
## *TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF _____ COPIES OF AO FORM 85.

__6/2/2005__
(Date forms issued)

_____
(Signature of Party or their Representative)

Rosenthal Mon
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action