AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_____ DISTRICT OF DELAWARE

**SUMMONS IN A CIVIL CASE**

CHARLES W. SMITH,

V.                                                          CASE NUMBER:

XYBERNAUT CORPORATION,
EDWARD G. NEWMAN, STEVEN A.
NEWMAN, THOMAS D. DAVIS,
BRUCE C. HAYDEN, and GRANT
THORNTON LLP,

   TO: (Name and address of defendant):

   Xybernaut Corporation
   c/o The Prentice-Hall Corporation System, Inc.
   2711 Centerville Road, Suite 400
   Wilmington, DE 19808

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

   Jessica Zeldin, Esquire
   Rosenthal, Monhait, Gross
    & Goddess, P.A.
   919 N. Market Street, Suite 1401
   P. O. Box 1070
   Wilmington, DE  19899-1070

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                             JUN 0 2 2005
_____                             _____
CLERK                                                       DATE
(BY) DEPUTY CLERK

**RETURN OF SERVICE**

| Service of the Summons and Complaint was made by me[1] | DATE 6/3/05 |
|---|---|
| NAME OF SERVER (PRINT) Christan Biliski | TITLE Courier |

Check one box to indicate appropriate method of service:

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Xybernaut Corporation c/o The Prentice Hall Corporation System, Inc. 2711 Centerville Rd, Suite 400 c/o Mary I. Drummond   Wilmington, DE 19808

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare, under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 6/3/05
Date

Signature of Server: C Biliski

Address of Server: 800 N. King St, Wilm, DE 19801

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.