AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_____ DISTRICT OF DELAWARE

**SUMMONS IN A CIVIL CASE**

CHARLES W. SMITH,

    V.                                      CASE NUMBER:

XYBERNAUT CORPORATION,
EDWARD G. NEWMAN, STEVEN A.
NEWMAN, THOMAS D. DAVIS,
BRUCE C. HAYDEN, and GRANT
THORNTON LLP,

    **TO:** (Name and address of defendant):

           Grant Thornton LLP
           c/o The Corporation Trust Company
           Corporation Trust Center
           1209 Orange Street
           Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

           Jessica Zeldin, Esquire
           Rosenthal, Monhait, Gross
            & Goddess, P.A.
           919 N. Market Street, Suite 1401
           P. O. Box 1070
           Wilmington, DE 19899-1070

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                       JUN 0 2 2005

CLERK                                                 DATE

(BY) DEPUTY CLERK

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE 6/3/05 |
|---|---|
| NAME OF SERVER (PRINT) MATTHEW MAIRS | TITLE COURIER |

Check one box to indicate appropriate method of service:

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Brian Penrod care of Corporation Trust Company CTC 1209 Orange Street Wilmington, DE 19801 c/o Grant Thornton LLP

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare, under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 6/3/05
Date

Signature of Server: Matthew K Mairs

Address of Server: 800 N. King Street Wilm, DE 19805

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.