IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHARLES W. SMITH, Individually and On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>XYBERNAUT CORPORATION, EDWARD G. NEWMAN, STEVEN A. NEWMAN, THOMAS D. DAVIS, BRUCE C. HAYDEN, and GRANT THORNTON, LLP,<br><br>Defendants. | C.A. No. 05-0354 (SLR)<br>Class Action |

## STIPULATION AND ORDER OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED pursuant to Federal Rules of Civil Procedure 41(a)(1) and 23(e), subject to the approval of the Court, that this action is dismissed with without prejudice.

The undersigned hereby state that no compensation has passed from defendants to plaintiff Charles W. Smith or plaintiff's counsel and that no promise to give any such compensation has been made.

| | |
|---|---|
| ROSENTHAL, MONHAIT, GROSS & GODDESS, P.A. | DRINKER BIDDLE & REATH LLP |
| /s/ Jessica Zeldin | /s/ David Phillip Primack |
| Jessica Zeldin (Del. Bar No. 3558)<br>919 Market Street, Suite 1401<br>P.O. Box 1070<br>Wilmington, DE 19899<br>(302) 656-4433<br>  Attorneys for Plaintiff Charles W. Smith | David Phillip Primack (Del. Bar No. 4449)<br>1100 North Market Street<br>Suite 1000<br>Wilmington, DE 19801<br>(302) 467-4200<br>  Attorneys for Defendant Thomas D. Davis |

| | |
|---|---|
| SAUL EWING LLP | SMITH, KATZENSTEIN & FURLOW |
| /s/ Michael F. Bonkowski | /s/ Laurence V. Cronin |
| Michael F. Bonkowski | Laurence V. Cronin (Del. Bar No. 2385) |
| 222 Delaware Avenue, Suite 1200 | The Corporate Plaza |
| P.O. Box 1266 | 800 Delaware Avenue, P.O. Box 410 |
| Wilmington, DE 19899 | Wilmington, DE 19899 |
| (302) 421-6863 | (302) 652-8400 |
| Attorneys for Defendant Edward G. Newman | Attorneys for Defendant Grant Thornton LLP |
| MORRIS JAMES HITCHENS & WILLIAMS | LECLAIR RYAN, P.C. |
| /s/ Michael A. Weidinger | /s/ William E. Donnelly |
| Michael A. Weidinger (Del. Bar No. 3330) | William E. Donnelly |
| 222 Delaware Avenue, 10th Floor | 1701 Pennsylvania Avenue |
| P.O. Box 2306 | Suite 1045 |
| Wilmington, DE 19899 | Washington, D.C. 20006 |
| (302) 888-6995 | (202) 659-6710 |
| Attorneys for Defendant Steven A. Newman | Attorneys for Defendant Bruce C. Hayden |

MCGUIRE WOODS LLP

/s/ Robert Plotkin
Robert Plotkin
1050 Connecticut Avenue, NW
Suite 1200
Washington, DC 20036
(202) 857-1700
  Attorneys for Defendant Xybernaut Corporation

SO ORDERED this _____ day of _____, 2005.

_____
U.S.D.J.