**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 5th day of July 2005, I served a copy of the foregoing **MOTION FOR ADMISSION *PRO HAC VICE*** upon the following counsel of record via e-filing:

Jessica Zeldin, Esquire
Rosenthal, Monhait, Gross & Goddess, PA
919 Market Street, P.O. Box 1070
Wilmington, DE 19899

Robert Ray Davis, Esquire
Chimicles & Tikellis, LLP
One Rodney Square, P.O. Box 1035
Wilmington, DE 19899

Ralph Nicholas Sianni, Esquire
Seth D. Rigrodsky, Esquire
Milberg, Weiss, Bershad & Schulman, LLP
919 N. Market Street, Suite 411
Wilmington, DE 19801

David Phillip Primack, Esquire
Drinker, Biddle & Reath
1100 N. Market Street, Suite 1000
Wilmington, DE 19801

　　/s/ Laurence V. Cronin　　
Laurence V. Cronin (ID 2385)

10004378.WPD